# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2333 Disciplinary Docket No. 3 |
| | : |
| JOSEPH S. CHIZIK | : Board File No. C1-16-734 |
| | : |
| | : (Supreme Court of New Jersey, D-135 |
| | : September Term 2015) |
| | : |
| | : Attorney Registration No. 24776 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of February, 2017, having failed to reply to this Court's directive of January 4, 2017, to provide reasons against the imposition of reciprocal discipline, Joseph S. Chizik, Esquire, is suspended from the practice of law in this Commonwealth for two years. He is directed to comply with all the provisions of Pa.R.D.E. 217.